# Exhibit 2



OFFICE OF GENERAL COUNSEL

January 19, 2023

Anita Levy, Ph.D.
American Association of University Professors
555 New Jersey Ave NW Ste 600
Washington, D.C. 20001

Sent via Email to alevy@aaup.org

Dear Dr. Levy,

On behalf of President Fithian, please accept this correspondence as responsive to your letter on January 13, 2023. As you note, Ernest Krygier has served as a teaching professor for Clark University for many years and, during that time, has had several instances where his behavior was the subject of investigation. While it is not prudent or proper for me to speak directly to these instances out of respect for Mr. Krygier's reasonable expectation of confidentiality relative to his personnel file (at this time), please know that in all instances Mr. Krygier has been afforded ample due process protections in accordance with Clark's Faculty Handbook. Additionally, in the present situation, a hearing before faculty peers did occur. As such, any assertion that indispensable safeguards have not been implemented is factually inaccurate.

Indeed, Clark University has an immense appreciation for academic freedom, tenure and the protection of faculty due process rights. This appreciation is clearly articulated in our Handbook, as well as exemplified in our careful and sensitive approach when these infrequent matters surface – necessitating that the institution confront troubling scenarios such as the one before us.

Please also know that not only are we well aware of the various AAUP institutional recommendations in this regard, but also that our policies and processes are consistent with the vast majority of these recommended approaches. While we have no intention of withdrawing the notice with which you have referenced, rest assured that Mr. Krygier has been and will continue to be treated with dignity, respect, and fairness throughout this currently pending matter.

Regards,

Kendall D. Isaac, JD, EdD
Vice President & General Counsel
Secretary of the University

Office of General Counsel
950 Main Street • Worcester, MA 01610 • 508-793-8334 • clarku.edu • legal@clarku.edu