# Exhibit 3



**AMERICAN ASSOCIATION OF
UNIVERSITY PROFESSORS**

555 New Jersey Ave., NW, Suite 600, Washington, DC 20001
**PHONE:** 202.737.5900 • www.aaup.org

<u>VIA ELECTRONIC MAIL</u>

January 24, 2023

Dr. Kendall D. Isaac
Vice President and General Counsel
Clark University
Worcester, Massachusetts

Dear Dr. Isaac:

Thank you for your January 19 response to our letter of January 13 to President Fithian concerning the case of Professor Ernest Krygier.

Your letter states that Professor Krygier has been "afforded ample due process protections in accordance with Clark's faculty handbook," that "a hearing before faculty peers did occur," and that "any assertion that indispensable safeguards have not been implemented is factually inaccurate."

While we do not take issue with your statement regarding the university's "immense appreciation for academic freedom, tenure and the protection of faculty due process rights," we must dispute your conclusion that Professor Krygier was afforded all "indispensable safeguards" of due process.

The AAUP's longstanding position, as we stated in our January 13 letter, is that a post-dismissal appeal of an administrative action is not an acceptable substitute for a prior dismissal hearing at which the administration must offer specific charges and must bear the burden of demonstrating adequate cause. Our review of the university's Title IX hearing process afforded Professor Krygier under the university's "Sexual Offenses Policy and Procedures" indicates that it did not conform in the above essential respects to our recommended standards.

Given that the university is "well aware of the various AAUP institutional recommendations," and, as your letter asserts, its "policies and processes are consistent with the vast majority of these recommended approaches," we strongly urge the Clark administration take the next step and incorporate our recommended due-process standards into the Title IX hearing process, and, that any future action regarding Professor Krygier be consistent with these standards.

Sincerely,

*Anita Levy*

Anita Levy, Ph.D.
Associate Secretary

cc:     President David Fithian
        Dr. Sebastián Royo, Provost
        Professor Ernest Krygier