# Exhibit 4

Apr 3, 2020

With online classes and the crushing weight of assignments (cough cough, fuck you profs) every single day is a work day. There is no concept of a weekend anymore. And the fucked thing about it is the professors are the ones who get a break.

♡ 9

Nov 13, 2020

It's a weed cough, not a COVID cough. However, I greatly appreciate your concern!

⟲ 2   ♡ 49

· Nov 2, 2020

If one more male STEM professor tells me to calm down I'm putting acetone in their coffee. Who's with me?

💬 2   ♡ 23

· Apr 22

I don't know if it's because I am senior or just so mentally depleted, but I'm really ready to fly dangerously close to the sun in these last two weeks. Who's with me?

♡ 15

Ernie,

Happy Birthday! I know this year was ass; But you're very appricated. Work would be boring af and ~~toomagood~~ severly lacking sarcasm. You have been a fantasic advocator + teacher to me, and to that I'am greatful. I have become a better chemist because of you. I can't wait to learn + laugh my ass off more!

warmly,