UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERNEST KRYGIER,<br>      Plaintiff,<br><br>v.<br><br>CLARK UNIVERSITY and<br>TRUSTEES OF CLARK UNIVERSITY<br>      Defendants. | )<br>)<br>)<br>)<br>)   C.A. NO.: 4:24-CV-40082<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

Kindly enter the appearance of Alexandra L. Pichette as counsel for the Defendants, Clark University and Trustees of Clark University, in the above-captioned matter.

        Respectfully Submitted,
        Clark University and
        Trustees of Clark University
        Defendants,

        By their attorneys,

        /s/ *Alexandra L. Pichette*
        Gregory A. Manousos, Esq. BBO# 631455
        Alexandra L. Pichette, Esq. BBO #697415
        Morgan, Brown, & Joy LLP
        200 State Street
        Boston, MA 02109
        Tel:  617-523-6666
        Fax:  617-367-3125
        gmanousos@morganbrown.com
        apichette@morganbrown.com

Dated:  January 9, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ *Alexandra L. Pichette*
Alexandra L. Pichette, Esq.